JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL T. BURNSIDE,<br><br>        Petitioner,<br>   vs.<br><br>J. SOTO, Acting Warden,<br><br>        Respondent. | Case No. CV 11-10733-JSL (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 24, 2013

*Spencer Letts*
_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

1